IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KELVIN CAIN, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV308-~~071~~ **61**
TELFAIR STATE PRISON, FRED )
BURNETTE, Warden, THURBERT E. )
BAKER, Attorney General for )
the State of Georgia, and )
DUDLEY H. BOWEN, United )
States District Court Judge, )
)
    Defendants. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the Opinion of the Court. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 22nd day of October, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA